**Opinion issued January 9, 2024**



**In The**

# Court of Appeals

**For The**

# First District of Texas

―――――――――――――

**NO. 01-23-00975-CV**

―――――――――――――

## IN RE MOSAIC BAYBROOK ONE, L.P., MOSAIC BAYBROOK TWO, L.P., AND MOSAIC RESIDENTIAL, INC., Relators

―――――――――――――――――――――――――――――――――

**Original Proceeding on Petition for Writ of Mandamus**

―――――――――――――――――――――――――――――――――

### MEMORANDUM OPINION

Relators have filed a petition for writ of mandamus challenging (1) the trial court's November 9, 2023 order striking relators' counterclaim as untimely, (2) the trial court's November 9, 2023 order striking relators' affirmative defenses as untimely, and (3) the trial court's December 18, 2023 order carrying relators' motion for reconsideration of the orders until the February 15, 2024 class certification

hearing.[1] We deny the petition. Relators' motion for an emergency stay of the February 15, 2024 class certification hearing is dismissed as moot.

## PER CURIAM

Panel consists of Justices Goodman, Countiss, and Farris.

Farris, J., dissenting to the denial of the petition without requesting a response.

---

[1] The underlying case is *Tammy Cessor v. Baybrook Village, Mosaic Baybrook One, LP, Mosaic Baybrook Two, LP, and Mosaic Residential, Inc.*, cause number 2017-12564, pending in the 215th District Court of Harris County, Texas, the Honorable Elaine H. Palmer presiding.